CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

SARA D. AYABE #9546
Assistant U.S. Attorney
Room 6100 PJKK, Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Sara.Ayabe@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Jul 21, 2022
Pam Hartman Beyer, Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAG. NO. 22-1229 RT |
| Plaintiff, | APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| vs. | |
| SAMUELA TUIKOLONGAHAU, JR. | |
|   aka "Samuela Latu Jr. Tuikologahau," | |
|   aka "Samu," | |
| Defendant. | |

APPLICATION AND ORDER FOR
<u>WRIT OF HABEAS CORPUS AD PROSEQUENDUM</u>

1

COMES NOW the UNITED STATES OF AMERICA, by the United States Attorney, and represents and shows:

That the defendant SAMUELA TUIKOLONGAHAU, JR. is presently charged in the above-captioned matter with Bank Fraud, in violation of Title 18, United States Code, Section 1344 and Aggravated Identity Theft, in violation of Title 18 United States Code Section 1028(A), and is now detained in the Oahu Community Correctional Center, in the custody of the Warden Francis Sequeira. It is necessary to have said defendant present in the above-entitled case for initial appearance on July 26, 2022, at10:30 a.m., in the courtroom of the Honorable Rom Trader, United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii; in order to secure the presence of defendant it is necessary that a Writ of Habeas Corpus Ad Prosequendum be issued commanding said Warden to produce said defendant to special agents of the U.S. Secret Service and/or the United States Marshal in order to procure his presence in said courtroom on said date, and at such other dates as may be necessary until termination of the criminal charges now pending against the defendant.

WHEREFORE, your petitioner prays for an order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum out of and under the seal of this Court, directed to said Warden commanding him to have and produce the

above-named defendant to special agents of the U.S. Secret Service and/or the United States Marshal, in order to procure defendant's presence before the Honorable Rom Trader in said courtroom, on said date and time, and from day to day thereafter as may be necessary; the United States Marshal shall retain custody of defendant and at the termination of the criminal charges now pending against defendant return him to the Oahu Community Correctional Center.

DATED:  July 21, 2022, at Honolulu, Hawaii.

        CLARE E. CONNORS
        United States Attorney
        District of Hawaii


By: /s/ Sara D. Ayabe
     SARA D. AYABE
     Assistant U.S. Attorney

     Attorneys for Plaintiff
     UNITED STATES OF AMERICA

## O R D E R

Upon reading and filing the foregoing Application in that behalf;

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum be issued as prayed for herein;

DATED: Honolulu, Hawaii, July 21, 2022.



Rom A. Trader
United States Magistrate Judge

United States v. SAMUELA TUIKOLONGAHAU, JR.
Mag. No. 22-1229 RT
Application and Order for Writ of
Habeas Corpus Ad Prosequendum