CLARE E. CONNORS #7936
Acting United States Attorney
District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Jul 21, 2022, 3:21 pm
Pam Hartman Beyer, Clerk of Court

SARA D. AYABE #9546
Assistant U.S. Attorney
Room 6100 PJKK, Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Sara.Ayabe@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO. 22-1229 RT |
| | ) | |
| Plaintiff, | ) | AMENDED WRIT OF HABEAS |
| | ) | CORPUS AD |
| vs. | ) | PROSEQUENDUM |
| | ) | |
| SAMUELA TUIKOLONGAHAU, JR. | ) | |
| aka "Samuela Latu Jr. Tuikologahau," | ) | |
| aka "Samu," | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

AMENDED WRIT OF HABEAS CORPUS AD PROSEQUENDUM

1

TO:   The Warden Francis Sequeira, Oahu Community Correctional Center, 2199 Kamehameha Highway, Honolulu, Hawaii 96819; and to the United States Marshal for the District of Hawaii, or his/her assistant.

## G R E E T I N G S

We command that you, the Warden, Oahu Community Correctional Center, Honolulu, Hawaii, produce the body of SAMUELA TUIKOLONGAHAU, JR., Offender, now in your custody to the special agents of U.S. Secret Service and/or the United States Marshal on July 25, 2022, and further that the special agents of the U.S. Secret Service and/or United States Marshal upon taking custody of said defendant produce said defendant before the Honorable Rom Trader, United States Magistrate Judge, United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on July 26, 2022 the hour of 10:30 a.m. for the Initial Appearance of said defendant, and also at such other times as may be ordered by this Court, and have you then and there this Writ.

Custody of said SAMUELA TUIKOLONGAHAU, JR. shall remain with the special agents of the U.S. Secret Service and/or United States Marshal. The delivery of the body of said defendant by special agents of the U.S. Secret Service and/or the United States Marshal to the courtroom of the Honorable Rom Trader as aforesaid until termination of the criminal charges now pending against defendant and the return by the United States Marshal of said defendant to the

custody of the Oahu Community Correctional Center, shall be deemed sufficient compliance with this Writ.

WITNESS the Honorable Rom Trader, United States Magistrate Judge of the United States District Court for the District of Hawaii.

DATED: July __21__, 2022, at Honolulu, Hawaii.



Pamela Hartman Beyer, Clerk
United States District Court
for the District of Hawaii

 /s/ EA, Deputy Clerk
_____
DEPUTY CLERK

United States v. Samuela Tuikolongahau, Jr.
Mag. No. 22-1229 RT
Amended Writ of Habeas Corpus Ad Prosequendum

3