CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

SARA D. AYABE #9546
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Emails: sara.ayabe@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) MAG. NO. 22-01299 RT |
| | ) |
| Plaintiff, | ) ORDER FOR DISMISSAL OF |
| | ) CRIMINAL COMPLAINT |
| vs. | ) |
| | ) |
| SAMUELA TUIKOLONGAHAU, JR., | ) |
| aka "Samuela Latu Jr. Tuikolongahau," | ) |
| aka "Samu," | ) |
| | ) |
| Defendant. | ) |

## ORDER FOR DISMISSAL OF CRIMINAL COMPLAINT

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by

leave of court endorsed hereon, the United States Attorney for the District of

Hawaii hereby dismisses the criminal complaint filed in this case on the grounds that the defendant was charged by Information filed on November 23, 2022 in case number Cr. No. 22-00111 HG, and pled guilty to the Information on December 7, 2022. Sentencing is set for March 23, 2023.

DATED: December 21, 2022, at Honolulu, Hawaii.

>CLARE E. CONNORS
>United States Attorney
>District of Hawaii
>
>By /s/ Sara D. Ayabe
>SARA D. AYABE
>Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

DATED: December 21, 2022, at Honolulu, Hawaii.



Wes Reber Porter
United States Magistrate Judge

U.S. v. Samuela Tuikolongahau, Jr.
Mag. No. 22-1229 RT
"Order for Dismissal of Criminal Complaint"